UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL LANE,

                Plaintiff,          25-cv-813 (JGK)

    - against -                 <u>ORDER</u>

AMERICAN EXPRESS COMPANY,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by June 27, 2025.

SO ORDERED.

Dated:    New York, New York
           June 11, 2025

                                          John G. Koeltl
                                  United States District Judge