UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL LANE,

                Plaintiff(s)

                                                    25 civ 813 (JGK)

    -against-

AMERICAN EXPRESS COMPANY,

                Defendant(s).
------------------------------------------------------------X

## ORDER

The conference scheduled for Tuesday, June 24, 2025, at 12:30pm, is canceled.

**SO ORDERED.**

                                                                  JOHN G. KOELTL
                                                   UNITED STATES DISTRICT JUDGE

Dated: New York, New York
        June 17, 2025